UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MALCOLM ANDREW BOYD,<br><br>        Defendant. | No. CR-13-0048-4-JLQ<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED:**

The Government's Motion to Expedite (**ECF No. 40**) and Motion for Order of Dismissal Without Prejudice (**ECF No. 39**) pursuant to Fed.R.Crim.P. 48(a) are **GRANTED**. Leave of court is granted for the foregoing dismissal of the Indictment against Malcolm Andrew Boyd (ECF No. 19). The court makes no judgment as to the merit or wisdom of this dismissal.

The District Court Executive is directed to enter this Order, enter a Judgment of Dismissal of the Indictment as to the claims therein asserted against Malcolm Andrew Boyd without prejudice, and provide copies to counsel.

DATED this 1st day of April, 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1